**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005<br><br>         *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES,<br>200 Independence Avenue SW<br>Washington, DC 20201<br><br>U.S. DEPARTMENT OF THE TREASURY,<br>1500 Pennsylvania Avenue NW<br>Washington, DC 20220<br><br>U.S. DEPARTMENT OF STATE,<br>2201 C Street NW<br>Washington, DC 20520<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br>725 17th Street NW<br>Washington, DC 20503<br><br>         *Defendants*. | Case No. 20-cv-1343 |

## **COMPLAINT**

  1. Plaintiff American Oversight brings this action against the U.S. Department of Health and Human Services, the U.S. Department of the Treasury, the U.S. Department of State, and the Office of Management and Budget under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201, and 2202.

3. Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

4. Because Defendants have failed to comply with the applicable time-limit provisions of FOIA, American Oversight is deemed to have exhausted its administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining Defendants from continuing to withhold department or agency records and ordering the production of department or agency records improperly withheld.

## PARTIES

5. Plaintiff American Oversight is a nonpartisan non-profit section 501(c)(3) organization primarily engaged in disseminating information to the public. American Oversight is committed to promoting transparency in government, educating the public about government activities, and ensuring the accountability of government officials. Through research and FOIA requests, American Oversight uses the information it gathers, and its analysis of it, to educate the public about the activities and operations of the federal government through reports, published analyses, press releases, and other media. The organization is incorporated under the laws of the District of Columbia.

6. Defendant U.S. Department of Health and Human Services (HHS) is a department of the executive branch of the U.S. government headquartered in Washington, D.C., and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). HHS has possession, custody, and control of records that American Oversight seeks.

7. Defendant U.S. Department of the Treasury (Treasury) is a department of the executive branch of the U.S. government headquartered in Washington, D.C., and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). Treasury has possession, custody, and control of the records that American Oversight seeks.

8. Defendant U.S. Department of State (State) is a department of the executive branch of the U.S. government headquartered in Washington, D.C., and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1). State has possession, custody, and control of the records that Plaintiff seeks.

9. Defendant Office of Management and Budget (OMB) is an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1) headquartered in Washington, D.C. OMB has possession, custody, and control of records that American Oversight seeks.

## STATEMENT OF FACTS

*Meadows Email Communications Requests*

10. On March 26, 2020, American Oversight submitted a set of FOIA requests to HHS, Treasury, State, and OMB seeking:

> All email communications (email messages, email attachments, complete email chains, calendar invitations, and attachments thereto) between (1) the agency officials specified below and (2) Rep. Mark Meadows, including any personal email addresses, as well as official house.gov email addresses attributed to Rep. Meadows, and anyone serving on his staff, including Chief of Staff Ben Williamson (ben.williamson@mail.house.gov), Scheduler Kate Morgan (kate.morgan@mail.house.gov), or Legislative Director Eric Heigis (eric.heigis@mail.house.gov).

11. American Oversight requested all responsive records from February 1, 2020, to the date the search is conducted.

12. With respect to HHS, the specified agency officials are as follows:

        i. Secretary Alex Azar and anyone communicating on his behalf, such as a scheduler or assistant

       ii. Anyone serving in the capacity of Chief of Staff or Executive Secretary

     iii. Anyone serving in the capacity of White House Liaison or White House Advisor, and their deputies

     iv. Anyone serving in the capacity of Director of Legislative Affairs

13. With respect to Treasury, the specified agency officials are as follows:

        i. Secretary Steven Mnuchin and anyone communicating on his behalf, such as a scheduler or assistant

       ii. Anyone serving in the capacity of Chief of Staff or Executive Secretary

     iii. Anyone serving in the capacity of White House Liaison or White House Advisor, and their deputies

     iv. Anyone serving in the capacity of Director of Legislative Affairs

14. With respect to State, the specified agency officials are as follows:

        i. Secretary Mike Pompeo and anyone communicating on his behalf, such as a scheduler or assistant

       ii. Anyone serving in the capacity of Chief of Staff or Executive Secretary

     iii. Anyone serving in the capacity of White House Liaison or White House Advisor, and their deputies

     iv. Anyone serving in the capacity of Director of Legislative Affairs

15. With respect to OMB, the specified agency officials are as follows:

        i. Acting Director Russell Vought and anyone communicating on his behalf, such as a scheduler or assistant

       ii. Anyone serving in the capacity of Chief of Staff or Executive Secretary

     iii. Anyone serving in the capacity of White House Liaison or White House Advisor, and their deputies

     iv. Anyone serving in the capacity of Director of Legislative Affairs

16. By email dated March 27, 2020, OMB acknowledged American Oversight's Meadows Email Communications FOIA Request and assigned it tracking number 2020-289.

17. By letter dated March 27, 2020, Treasury acknowledged American Oversight's Meadows Email Communications FOIA Request and assigned it tracking number 2020-03-096.

18. By letter dated March 30, 2020, HHS acknowledged American Oversight's Meadows Email Communications FOIA Request and assigned it tracking number 2020-00798-FOIA-OS.

19. By email dated April 7, 2020, State acknowledged American Oversight's Meadows Email Communications FOIA Request and assigned it tracking number F-2020-05081.

20. American Oversight has not received any further communications from Defendants regarding this FOIA request.

*Meadows Text Messages Requests*

21. On March 26, 2020, American Oversight submitted a set of FOIA requests to HHS, Treasury, State, and OMB seeking:

> All text messages and messages on messaging platforms (such as Slack, GChat or Google Hangouts, Lync, Skype, WhatsApp, Twitter DMs, or Facebook messages) between (1) the agency officials specified below, and (2) Rep. Mark Meadows, including messages on any personal devices, as well as official devices attributed to Rep. Meadows, and anyone serving on his staff, including Chief of Staff Ben Williamson, Scheduler Kate Morgan, or Legislative Director Eric Heigis.

22. American Oversight requested all responsive records from February 1, 2020, to the date the search is conducted.

23. With respect to HHS, the specified agency officials are as follows:

  v. Secretary Alex Azar and anyone communicating on his behalf, such as a scheduler or assistant
  vi. Anyone serving in the capacity of Chief of Staff or Executive Secretary
  vii. Anyone serving in the capacity of White House Liaison or White House Advisor, and their deputies

      viii.    Anyone serving in the capacity of Director of Legislative Affairs

24. With respect to Treasury, the specified agency officials are as follows:

      i.    Secretary Steven Mnuchin and anyone communicating on his behalf, such as a scheduler or assistant
      ii.    Anyone serving in the capacity of Chief of Staff or Executive Secretary
      iii.    Anyone serving in the capacity of White House Liaison or White House Advisor, and their deputies
      iv.    Anyone serving in the capacity of Director of Legislative Affairs

25. With respect to State, the specified agency officials are as follows:

      i.    Secretary Mike Pompeo and anyone communicating on his behalf, such as a scheduler or assistant
      ii.    Anyone serving in the capacity of Chief of Staff or Executive Secretary
      iii.    Anyone serving in the capacity of White House Liaison or White House Advisor, and their deputies
      iv.    Anyone serving in the capacity of Director of Legislative Affairs

26. With respect to OMB, the specified agency officials are as follows:

      v.    Acting Director Russell Vought and anyone communicating on his behalf, such as a scheduler or assistant
      vi.    Anyone serving in the capacity of Chief of Staff or Executive Secretary
      vii.    Anyone serving in the capacity of White House Liaison or White House Advisor, and their deputies
      viii.    Anyone serving in the capacity of Director of Legislative Affairs

27. By letter dated March 27, 2020, Treasury acknowledged American Oversight's Meadows Email Communications FOIA Request and assigned it tracking number 2020-03-097.

28. By email dated March 27, 2020, OMB acknowledged American Oversight's Meadows Email Communications FOIA Request and assigned it tracking number 2020-290.

29. By letter dated March 30, 2020, HHS acknowledged American Oversight's Meadows Email Communications FOIA Request and assigned it tracking number 2020-00799-FOIA-OS.

30. By email dated April 7, 2020, State acknowledged American Oversight's Meadows Email Communications FOIA Request and assigned it tracking number F-2020-05082.

31. American Oversight has not received any further communications from Defendants regarding this FOIA request.

## COUNT I
### Violation of FOIA, 5 U.S.C. § 552
### Failure to Conduct Adequate Searches for Responsive Records

32. American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

33. American Oversight properly requested records within the possession, custody, and control of Defendants.

34. Defendants are agencies subject to FOIA and must therefore make reasonable efforts to search for requested records.

35. Defendants have failed to promptly review agency records for the purpose of locating those records that are responsive to Plaintiff's FOIA requests.

36. Defendants' failure to conduct adequate searches for responsive records violates FOIA.

37. Plaintiff is therefore entitled to injunctive and declaratory relief requiring Defendants to promptly make reasonable efforts to search for records responsive to Plaintiff's FOIA requests.

## COUNT II
### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

38. Plaintiff repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

39. Plaintiff properly requested records within the possession, custody, and control of Defendants.

40. Defendants are agencies subject to FOIA and must therefore release in response to FOIA requests any non-exempt records and provide a lawful reason for withholding any materials.

41. Defendants are wrongfully withholding non-exempt agency records requested by Plaintiff by failing to produce non-exempt records responsive to its FOIA requests.

42. Defendants are wrongfully withholding non-exempt agency records requested by Plaintiff by failing to segregate exempt information in otherwise non-exempt records responsive to its FOIA requests.

43. Defendants' failure to provide all non-exempt responsive records violates FOIA.

44. Plaintiff is therefore entitled to declaratory and injunctive relief requiring Defendants to promptly produce all non-exempt records responsive to its FOIA requests and provide indexes justifying the withholding of any responsive records withheld under claim of exemption.

## **REQUESTED RELIEF**

WHEREFORE, American Oversight respectfully requests the Court to:

(1) Order Defendants to conduct a search reasonably calculated to uncover all records responsive to American Oversight's FOIA requests submitted to Defendants on March 26, 2020, and April 7, 2020;

(2) Order Defendants to produce, within twenty days of the Court's order, any and all non-exempt records responsive to American Oversight's FOIA requests and *Vaughn* indexes of any responsive records withheld under claim of exemption;

(3) Enjoin Defendants from continuing to withhold any and all non-exempt records responsive to American Oversight's FOIA requests;

(4) Award American Oversight the costs of this proceeding, including reasonable attorneys' fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

(5) Grant American Oversight such other relief as the Court deems just and proper.

Dated: May 20, 2020                                  Respectfully submitted,

*/s/ Mehreen Rasheed*
Mehreen Rasheed
D.C. Bar No. 144880

*/s/ Daniel A. McGrath*
Daniel A. McGrath
D.C. Bar No. 1531723

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 848-1320
mehreen.rasheed@americanoversight.org
daniel.mcgrath@americanoversight.org

*Counsel for Plaintiff*